UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JOSEPH BAXLEY,

                      Plaintiff,

        -against-

TWO BOOTS HOLDING, LLC, LESTER KARPF, LLC, IDA SESSIONS, LLC, MOJO RISING, LLC, EUPHORIA FOOD GROUP, LLC, and PHIL HARTMAN,

                      Defendants.

------------------------------------------------------------ x

          ORDER

          19-mc-00333 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of the Court is directed to close the above-captioned action.

Dated: June 14, 2022
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge